USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOSE ADRIAN SAN JUAN TOLENTINO, et al., :
:
Plaintiffs, :   1:21-cv-198-GHW
:
-v - :
:
HERMES B NY LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the April 2, 2021 teleconference, Plaintiffs' request for leave to amend the complaint is granted.  Plaintiffs are permitted to amend the complaint to add additional plaintiffs and to address the pleading deficiencies described in Defendants' March 19, 2021 pre-motion conference letter, Dkt. No. 18.  Plaintiffs' amended complaint is due no later than April 9, 2021.

    SO ORDERED.

Dated:  April 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge