USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOSE ADRIAN SAN JUAN TOLENTINO and WILSON
BENJAMIN VASQUEZ RAMOS, Individually and on behalf
of others similarly situated,

                Plaintiffs,

    -against-                                Case No.: 21-CV-198 (GHW)

HERMES B NY LLC (D/B/A EMPANADA MAMA
EXPRESS), PGNV LLC (D/B/A EMPANADA MAMA),
and SOCRATES NANAS

                Defendants.
-------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS** the Court has reviewed the Parties' Settlement Approval Motion and the Settlement Agreement and Release executed by Plaintiffs and Defendants.

**IT IS STIPULATED AND AGREED** by and between the Parties in the above captioned action through their undersigned counsel that in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement and Release Agreement.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: October 12, 2021                                     Dated: October 12, 2021

_/s/ Khalil Huey_                                                   _/s/ Aaron Solomon_
Michael Faillace, Esq.                                 Aaron Solomon, Esq.
Khalil Huey, Esq.                                         Saranicole A. Duaban, Esq.
Michael Faillace & Associates, P.C.            Kaufman Dolowich & Voluck, LLP

| *Attorneys for the Plaintiff* | *Attorneys for the Defendants* |
|---|---|
| 60 East 42nd Street, Suite 4510 | 135 Crossways Park Drive, Suite 201 |
| New York, New York 10165 | Woodbury, New York 11797 |
| Tel: 212.317.1200 | Tel: 516.681.1100 |

For the reasons stated on the record during the conference held on October 6, 2021, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  October 13, 2021
New York, New York

                                        GREGORY H. WOODS
                                     United States District Judge